**Exhibit A to the Complaint**

**Location:** Lake Forest, CA  **IP Address:** 45.24.93.150
**Total Works Infringed:** 31  **ISP:** AT&T Internet Services

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 04/15/2018 06:00:42 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/31/2017 06:55:07 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 07/04/2017 08:04:43 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 4 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 07/04/2017 15:20:39 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 11/08/2017 07:56:06 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 6 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 04/06/2018 06:30:14 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 7 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 01/13/2018 11:53:45 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 8 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/21/2017 04:50:34 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 9 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 01/01/2018 01:01:44 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 10 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 06/08/2017 05:46:18 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 11 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 09/05/2017 06:39:44 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 12 | 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA | Vixen | 03/24/2018 08:03:37 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 13 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 11/08/2017 07:55:43 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 14 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 02/28/2018 02:21:24 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 15 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 11/07/2017 16:09:37 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 16 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 03/26/2018 10:23:27 | 03/25/2018 | 04/07/2018 | 16490950968 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 06/08/2017 05:44:14 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 18 | 644084486AFE2ACBDB5E91339ABA611C568466C3 | Vixen | 07/23/2017 01:38:58 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 19 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 11/07/2017 16:08:35 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 20 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 02/28/2018 02:21:38 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 21 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 05/29/2017 05:56:03 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 22 | 8B52FD7A90E10A36119BF71791AE13499BB0C147 | Tushy | 03/07/2018 07:05:56 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 23 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 04/15/2018 05:51:29 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 24 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 04/06/2018 06:22:54 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 25 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 11/08/2017 08:15:53 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 26 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 02/28/2018 02:25:45 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 27 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 01/15/2018 08:08:30 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 28 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/09/2017 08:37:07 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 29 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/28/2018 18:20:21 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 30 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 11/08/2017 08:15:01 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 31 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 03/23/2018 05:34:10 | 01/29/2018 | 02/07/2018 | 16335134850 |